IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

    Plaintiff,                                         No. CIV.S. 06-1808 DFL GGH PS

    vs.

BANK OF AMERICA,                                   <u>ORDER</u>

    Defendant.

_____/

       On September 12, 2006, this court granted plaintiff leave to file, within thirty days, an amended application to proceed in forma pauperis and an amended complaint demonstrating this court's subject matter jurisdiction. On September 20, 2006, plaintiff filed a two-sentence inquiry that states in full: "I would like to know if I could transfer my Bank of America Case #06-CV-01808 DFL GGH to Bankruptcy Court. I need file [sic] a new claim against Sacramento Housing & Redevelopment."

       This filing is not one contemplated by the Federal Rules of Civil Procedure. As plaintiff has yet to demonstrate this court's jurisdiction over the subject matter of this action, the court is without authority to transfer this case to another court. Moreover, the allegations of

1

plaintiff's initial proposed complaint fail to demonstrate this action is one in bankruptcy.[1] Finally, the allegations of plaintiff's initial complaint do not preclude plaintiff from filing an independent bankruptcy action or claim against the Sacramento Housing and Redevelopment Agency.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request to transfer this action, filed September 20, 2006, is denied.

So ordered.

DATED: 9/27/06                    /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

NOW6:Alfaro1808.trans

---

[1] As set forth in this court's order filed September 12, 2006, "[t]he sixty-page complaint, including exhibits, is set forth on a California Superior Court form and denoted an 'amended complaint.' It is captioned both a 'limited civil case' under $10,000 and an 'unlimited civil case' exceeding $25,000. Defendant Bank of America is referenced as both a corporation and a government agency. Plaintiff alleges breach of contract wherein she paid defendant $99 for a Visa credit card; that she was unable to activate the card when she received it May 21, 2004, because she was told by defendant's customer service agent the card was already activated; that by November 2004, defendant informed plaintiff the card was overdrawn by $1300; and that plaintiff declines to make payment."