IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

      Plaintiff,                          No. CIV.S. 06-1808 DFL GGH PS

    vs.

BANK OF AMERICA,                  FINDINGS AND RECOMMENDATIONS

      Defendant.

_____/

      By order filed September 12, 2006, plaintiff's application to proceed in forma pauperis was denied and her complaint dismissed, with leave to file, within thirty days, an amended application to proceed in forma pauperis and an amended complaint. The thirty day period has now expired, and plaintiff has filed neither an amended application nor an amended complaint, nor otherwise responded to the court's order.[1]

      Plaintiff has apparently decided to rest on the dismissed complaint.

      Accordingly, for the reasons set forth in the order filed September 12, 2006, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice. See E. D. Cal. L. R. 11-110; Fed. R. Civ. P. 41(b).

---

[1] Without reference to these matters, plaintiff filed, on September 20, 2006, a request to transfer this matter to bankruptcy court, which this court denied on September 27, 2006.

1

1   These findings and recommendations are submitted to the Honorable David F.
2   Levi, the United States District Judge assigned to this case, pursuant to the provisions of 28
3   U.S.C. § 636(b)(l).  Within ten days after being served with these findings and recommendations,
4   plaintiff may file written objections with the court.  The document should be captioned
5   "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
6   failure to file objections within the specified time may waive the right to appeal the District
7   Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
8   So ordered.
9   DATED: 11/2/06                                                 /s/ Gregory G. Hollows

10                                                                          GREGORY G. HOLLOWS
                                                                            UNITED STATES MAGISTRATE JUDGE
11  NOW6:Alfaro1808.f&r