IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

    Plaintiff,                          No. CIV.S. 06-1808 DFL GGH PS

    vs.

BANK OF AMERICA,                    <u>ORDER</u>

    Defendant.
_____/

        Judgment was entered in this case on December 21, 2006, and this action closed. However, plaintiff has continued to file miscellaneous documents in this case, specifically, on December 21, 22, and 28, 2006, and January 4 and 8, 2007. Plaintiff's filings are not ones contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, these documents will be placed in the file and disregarded. Plaintiff is directed to refrain from filing further documents in this case.

        IT IS SO ORDERED.

DATED: 1/11/07                                  /s/ Gregory G. Hollows

                                                      GREGORY G. HOLLOWS
                                                      UNITED STATES MAGISTRATE JUDGE

GGH5:Alfaro1808.aft.jdg

1